JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SYLVIA L. P., | CASE NO. EDCV 18-1295-AGR |
|---|---|
| Plaintiff, | |
| v. | JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 3, 2019

_____
ALICIA G. ROSENBERG
United States Magistrate Judge